UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Board of Trustees of The Buffalo Laborers Security Fund

                 Plaintiff(s),                09  Civ.  8362(CM)

      -against-

                                 CALENDAR NOTICE

J.P. Jeanneret Associates, Inc.     ,
                Defendant(s).
-------------------------------------------------X

       Please take notice that the above captioned matter has been **re-scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | _X_ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Thursday,November 5, 2009 at 11:15 A.M.** in Courtroom 14C, U. S. District Court,  500 Pearl Street, New York, New York 10007.

       Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 30, 2009
       New York, New York

                     So Ordered

                     _____
                     Colleen McMahon, U.S.D.J